UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

In the Matter of

Linda Joan Stanch,

an Attorney and Counselor-at-Law.

Respondent.

----------------------------------------X

MC-07-409 (BMC)

ORDER

An order having been entered in the Supreme Court of the State of New York, Appellate Division, FIRST Judicial Department, disbarring respondent from the practice of law before that Court,

IT IS ORDERED, pursuant to Local Rule 1.5 that respondent, be and hereby is disbarred from the practice of law before this Court and that respondent's name be stricken from the Roll of Attorneys of this Court. This order shall become effective 24 days after the date of service upon said attorney unless otherwise modified or stayed.

The docketing clerk is directed to mail a copy of the within to respondent and to close the within action without prejudice to reopening the matter upon application of respondent.

SO ORDERED.

Dated:  Brooklyn, New York
        Oct 11, 2007

s/Hon. Brian M. Cogan
_____
Brian M. Cogan, USDJ
Chairman of the Committee on
Grievances, E.D.N.Y.